**[J-21-2023]**
**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : No. 26 WAP 2022 |
| | : |
| Appellee | : Appeal from the Order of the |
| | : Superior Court entered June 28, |
| | : 2021 at No. 16 WDA 2020, affirming |
| v. | : the Judgment of Sentence of the |
| | : Court of Common Pleas of |
| | : Allegheny County entered |
| RICKEY MCGINNIS, | : December 4, 2019 at No. CP-02- |
| | : CR-0011014-2018. |
| Appellant | : |
| | : ARGUED: April 19, 2023 |

**ORDER**

**PER CURIAM**

AND NOW, this 1st day of December, 2023, the Court being evenly divided, the order of the Superior Court is **AFFIRMED**. The Commonwealth's motion to dismiss the appeal as improvidently granted is **DISMISSED** as moot.